**G&A | THE LAW OFFICES OF GALLUZZO & ARNONE LLP**

11 BROADWAY, SUITE 715    NEW YORK, NEW YORK 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

MATTHEW J. GALLUZZO                                                                 ERIC M. ARNONE

**MEMO ENDORSED**

February 4, 2020

Judge William H. Pauley, III
Senior District Court Judge
United States District Court, Southern District of New York
VIA ECF

Re:   United States v. Lazaro Rosabal Fleitas, 19-CR-631(WHP)

Dear Judge Pauley,

I represent the defendant in the above-captioned matter pursuant to the Criminal Justice Act. I write to request that the Court order the U.S. Marshals to provide non-custodial transportation for my client so that he may attend his sentencing hearing and his pre-sentence interview. My client lives in Miami, Florida, and has previously been determined to be unable to afford counsel. His financial situation has not improved since that determination, either. Indeed, his wife just had a baby in January 2020 and his financial circumstances are thus even more tenuous. Although my client has been paying for his flights to New York to attend his previous court appearances, that expense has been significant for him and his family.

I am informed by the Probation officer assigned to prepare my client's presentence report that the presentence interview needs to happen in person in New York City. As such, he would need to appear in New York at least twice: once for the interview, and once for his sentencing hearing. Notably, my client has been fully compliant with all aspects of his bail conditions.



11 BROADWAY, SUITE 715      NEW YORK, NEW YORK 10004
Tel. (212) 344-5180          www.criminal-defense.nyc

MATTHEW J. GALLUZZO                                    ERIC M. ARNONE

Pursuant to 18 U.S.C. § 4285, this Court may direct the U.S. Marshal to arrange for an indigent defendant's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the U.S. Marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. Accordingly, I respectfully request that the Court so order this travel compensation for my client.

Most sincerely,

_____/s/_____
Matthew J. Galluzzo, Esq.
GALLUZZO & ARNONE LLP
11 Broadway Suite 715
New York, New York 10004
(212) 344-5180

CC:
AUSA Emily Johnson
AUSA Kiersten Fletcher
<u>VIA EMAIL AND ECF</u>

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

February 5, 2020