# THE LAW OFFICE OF MATTHEW GALLUZZO PLLC

11 BROADWAY, SUITE 715   NEW YORK, NEW YORK 10004
Tel. (212) 344-5180   www.criminal-defense.nyc

April 9, 2020

The Honorable William H. Pauley III
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
VIA ECF

Re:   *United States v. Lazaro Rosbal Fleitas*, et. al, 19-cr-00631 (WHP)

Dear Judge Pauley,

I am CJA counsel to Lazaro Rosabal Fleitas in the above-captioned matter. My client pleaded guilty before Your Honor on January 24, 2020, and his sentencing is scheduled for May 8, 2020. A draft of his presentence report has already been prepared.

I write now to respectfully request a postponement of my client's sentencing. The current COVID-19 pandemic obviously complicates our scheduling and makes it very difficult to know when it will be safe to appear before the Court for sentencing. Also, my client will be required to travel to New York from his home in Miami for sentencing, and it is unclear when that will be possible. So, the defense submits that it would be prudent to simply postpone the sentencing a bit longer until a date that is both convenient for the Court and more likely to be safe for everyone involved.

I have conferred with my counterpart at the government and she has no objection to the instant application.

Application granted.  Sentencing adjourned to August 5, 2020 at 12:00 p.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.
April 9, 2020

Respectfully submitted,

*Matthew J. Galluzzo*

_____

Matthew J. Galluzzo

Counsel for Lazaro Rosabal Fleitas

Cc:

AUSA Emily Johnson