# THE LAW OFFICE OF MATTHEW GALLUZZO PLLC

11 Broadway, Suite 715   New York, New York 10004
Tel. (212) 344-5180   www.criminal-defense.nyc

May 7, 2020

The Honorable William H. Pauley III
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
VIA ECF

Re:   *United States v. Lazaro Rosbal Fleitas*, et. al, 19-cr-00631 (WHP)

Dear Judge Pauley,

I am CJA counsel to Lazaro Rosabal Fleitas in the above-captioned matter. His sentencing before Your Honor is currently scheduled for August 5, 2020.

I write now to respectfully request a modification of my client's current bail conditions. He has a new job opportunity that would involve him delivering concrete and other construction materials to various locations throughout Florida, where he resides. Accordingly, we request that his release conditions be modified so as to permit him to visit those locations – for work purposes only – outside of his home judicial district (the Southern District of Florida) but within the state of Florida. I have conferred with my counterparts at the government about this request and they have no objection. I have also conferred with the Pretrial officer supervising my client and he supports this application.

Respectfully submitted,

*Matthew J. Galluzzo*

_____

Matthew J. Galluzzo
Counsel for Lazaro Rosabal Fleitas

Cc:
AUSA Emily Johnson
AUSA Kiersten Fletcher

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

May 7, 2020