# THE LAW OFFICE OF MATTHEW GALLUZZO PLLC

11 BROADWAY, SUITE 715   NEW YORK, NEW YORK 10004
Tel. (212) 344-5180   www.criminal-defense.nyc

February 2, 2021

The Honorable William H. Pauley III
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
VIA ECF

Re:   *United States v. Lazaro Rosbal Fleitas*, et. al, 19-cr-00631 (WHP)

Dear Judge Pauley,

I am CJA counsel to Lazaro Rosabal Fleitas in the above-captioned matter. His sentencing before Your Honor is currently scheduled for April 20, 2021. He resides in Miami, Florida.

On January 29, 2021, I requested permission for my clients to travel to Disney World in Orlando from February 6-8. However, I was misinformed as to the preferred dates for the visit, which are in fact February 5-7. I now write to request a one-time modification of my client's current bail conditions so that he could visit Disney World in Orlando, Florida with his wife and her godson to celebrate the child's birthday, from February 5-7. As I explained in my recent application, I have conferred with my client's pretrial officer in Florida, Mr. Jorge Ferdinandy, and he has no objection to this request. I have also conferred with my counterpart at the government, Ms. Emily Johnson, and she defers to Pretrial Services and the Court.

Respectfully submitted,

*Matthew J. Galluzzo*

Matthew J. Galluzzo
Counsel for Lazaro Rosabal Fleitas

Cc:
AUSA Emily Johnson
AUSA Kiersten Fletcher

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

February 2, 2021