UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                :

       -against-                                              :                19 Cr. 631 (WHP)

Lazaro Felix Rosabal Fleitas,                 :                <u>ORDER</u>

                     Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Sentencing is scheduled for August 18, 2021 at 2:00 p.m.

Dated: June 16, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.