```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :
            -v-                                                    :      19 Cr. 631 (JPC)
                                                                   :
LAZARO FELIX ROSABAL FLEITAS,                                      :          ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This case was reassigned to the undersigned on July 16, 2021. All deadlines remain in effect. Pursuant to 8.A of the Court's Individual Rules and Practices in Criminal Cases, Defendant's sentencing submission is due by August 4, 2021. The Government's sentencing submission is due by August 11, 2021.

Sentencing is scheduled for August 18, 2021 at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 17, 2021
       New York, New York
                                              _____
                                                      JOHN P. CRONAN
                                                United States District Judge