UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA         :

                                   :

        -v-                        :                19 Cr. 631 (JPC)

                                   :

LAZARO FELIX ROSABAL FLEITAS,      :              <u>ORDER</u>

                                   :

                Defendant.          :

                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case was reassigned to the undersigned on July 16, 2021, and the Court has scheduled

sentencing for August 18, 2021.  The undersigned notes that, before taking the bench, he worked

at the Department of Justice.  Specifically, the undersigned worked at the United States Attorney's

Office for the Southern District of New York from October 2003 through August 2017, including

in that Office's Criminal Division from March 2007 through August 2017, and worked at the

Criminal Division of the Department of Justice in Washington, D.C., from August 2017 through

August 2020.  The undersigned has reviewed the filings in this case, and is aware of no

involvement he had in the investigation or prosecution in this case, including supervising any

aspect of this case, authorizing any investigative techniques, consulting on any aspect of the case,

or approving any charges.  If either party believes that there is a reason why the undersigned should

not continue to preside over this case, they should raise any concerns prior to the scheduled August

18, 2021 sentencing.

       SO ORDERED.

Dated: August 9, 2021
      New York, New York                      _____
                                          JOHN P. CRONAN
                                   United States District Judge