UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                    :

UNITED STATES OF AMERICA               :

                    -v-                                :              19 Cr. 631 (JPC)

LAZARO FELIX ROSABAL FLEITAS,   :              <u>ORDER</u>

                  Defendant.             :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant's sentencing is scheduled for August 18, 2021, at 2:00 p.m. In his plea agreement, Defendant agreed to make restitution in the amount of $150,750, and further agreed to forfeit an additional $150,750. This agreed-upon $150,750 forfeiture amount was also confirmed with Defendant during his plea allocution before The Honorable William H. Pauley III. *See* Jan. 24, 2020 Tr. at 11-12. The calculation of victim loss at Paragraphs 28 and 29 of the Presentence Investigation Report, however, totals $160,550. And then later in that report, at Paragraph 89, the Probation Office lists the restitution amount as $160,750, which also is the amount of restitution that the Probation Office recommends. At sentencing, the parties should be prepared to address the correct restitution and forfeiture amounts. In addition, the Government is ordered to file a proposed forfeiture and restitution order for the Court's consideration by August 17, 2021 at 5:00 p.m.

      SO ORDERED.

Dated: August 16, 2021                                             _____
       New York, New York                                           JOHN P. CRONAN
                                                                     United States District Judge