THE LAW OFFICE OF
# MATTHEW GALLUZZO
PLLC

11 Broadway, Suite 715    New York, New York 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

August 16, 2021

The Hon. John P. Cronan
U.S. District Court Judge
Southern District of New York
VIA ECF

Re:    *U.S. v. Lazaro Rosabal Fleitas*, 19-cr-631

Dear Judge Cronan,

    I was informed today by my client that last week he came into close contact with a family member who has since tested positive for COVID-19. My client was feeling symptoms consistent with an infection and was tested today for COVID-19. He has not yet received the results of that test though. I informed the Court of this situation today and I was referred to the courthouse pandemic response personnel. With my client's assistance, I answered their questions about my client's exposure to his family member. I was subsequently instructed to request an adjournment of my client's sentencing in this matter. The sentencing is currently scheduled for August 18 at 2pm, and the U.S. Marshals have purchased a ticket for him to travel here from Miami. Obviously, we do not know whether my client is infected or not, so it is difficult to estimate when he may be able to return to the courthouse for sentencing. I might suggest that the Court set a control date for an update as to my client's COVID status and for clearance from the courthouse's response team. Otherwise, I would respectfully ask that the matter not be scheduled for September 10, September 23, or September 30 through October 8, due to conflicts in my calendar.

Sincerely,

_____/s/_____

Matthew Galluzzo, Esq.

CC:

AUSA Emily Johnson

AUSA Kiersten Fletcher

VIA ECF

The sentencing scheduled for August 18, 2021 at 2:00 p.m. is adjourned to September 8, 2021 at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Date: August 16, 2021
New York, New York

JOHN P. CRONAN
United States District Judge