UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA              :

                            -v-                          :             19 Cr. 631 (JPC)

LAZARO FELIX ROSABAL FLEITAS,  :             <u>ORDER</u>

                   Defendant.           :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Sentencing has been scheduled for September 8, 2021, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant Lazaro Felix Rosabal Fleitas presently resides in Florida.  Based on information available to the Court, the Court has determined that Defendant is financially unable to pay for his own travel to New York City to appear for his sentencing.  The Court therefore directs the United States Marshals Service, pursuant to 18 U.S.C. § 4285, to pay for and arrange noncustodial round-trip transportation for Defendant from Florida to New York City, as well as any transportation needed for Defendant to travel to and from airports, so he can attend his sentencing on September 8, 2021.

       SO ORDERED.

Dated: August 17, 2021
       New York, New York                                        JOHN P. CRONAN
                                                             United States District Judge