

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States* v. *Lazaro Felix Rosabal Fleitas*, 19 Cr. 631 (JPC)

Dear Judge Cronan:

      The Government writes to request the Court adjourn the sentencing in this matter, which was adjourned to September 8, 2021 by the Court's order this morning. The reason for this request is to allow one of the two undersigned counsel for the Government to handle the sentencing and address any factual questions that the Court may have. Unfortunately, AUSA Fletcher is out of town the week of September 6, 2021 and AUSA Johnson is expected to be on trial before the Honorable P. Kevin Castel. The Government has conferred with defense counsel, who consents to this request. The parties can be available for a rescheduled sentencing on September 16, 17, 23 or 24, or later dates convenient to the Court, with the exception of the dates between September 30 and October 8, when defense counsel is unavailable.

      In addition, the Court's order of yesterday morning has prompted the parties to discuss the need for a revised preliminary order of forfeiture for the Court's consideration as well as to finalize the schedule of victims for restitution purposes. Accordingly, the Government respectfully requests the Court adjourn the Government's deadline to submit a proposed forfeiture and restitution order to a date closer in time to any rescheduled sentencing date to allow the parties to complete these discussions.

The sentencing scheduled for September 8, 2021 at 2:00 p.m. is adjourned to September 17, 2021 at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Government shall file the proposed forfeiture and restitution order, *see* Dkt. 62, by September 10, 2021.

SO ORDERED.

Date: August 17, 2021
      New York, New York

*/s/ John P. Cronan*
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:     /s/
Kiersten A. Fletcher / Emily A. Johnson
Assistant United States Attorneys
(212) 637-2238 / 2409

cc:   Matthew Galluzzo, Esq. (by ECF)