UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
 
UNITED STATES OF AMERICA

- v. -

LAZARO FELIX ROSABAL FLEITAS,

Defendant.

------------------------------------- x

ORDER OF RESTITUTION

19 Cr. 631 (JPC)

Upon the application of the United States of America, by its attorney, AUDREY STRAUSS, United States Attorney for the Southern District of New York, Kiersten A. Fletcher and Emily A. Johnson, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, and upon the consent of LAZARO FELIX ROSABAL FLEITAS, the Defendant, by and through his counsel Matthew J. Galluzzo, Esq., and upon the consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

LAZARO FELIX ROSABAL FLEITAS, the Defendant, shall pay restitution in the total amount of $150,750.00 to the victims of the wire fraud conspiracy that generated the proceeds involved in the money laundering offense charged in Count One of the Indictment. The name, address, and specific amount owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of the Court.

Dated: New York, New York
      September 17, 2021

SO ORDERED:

_____
HONORABLE JOHN P. CRONAN
UNTIED STATES DISTRICT JUDGE