UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA          :

           -v-                                    :          19 Cr. 631 (JPC)

LAZARO FELIX ROSABAL FLEITAS,   :          <u>ORDER</u>

                   Defendant.           :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court received a motion on October 5, 2021, from the Government asking the Court to amend the Consent Preliminary Order of Forfeiture because of an error in the Order listing "the United States Marshals Service as the agency to handle payments on the Money Judgment imposed on the Defendant and to take possession of the Specific Property." Dkt. 74 at 1. The Government asks the Court to enter a Corrected Preliminary Order of Forfeiture that changes the agency handling payments to the United States Customs and Border Protection. *Id.* Within seven days, Defendant's counsel shall file a letter saying whether Defendant consents to this request.

       SO ORDERED.

Dated: October 6, 2021
       New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge