UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA             :
                                     :    CORRECTED PRELIMINARY
       - v. -                        :    ORDER OF FORFEITURE AS TO
                                     :    SPECIFIC PROPERTY/
LAZARO FELIX ROSABAL FLEITAS,        :    MONEY JUDGMENT
                                     :
              Defendant.             :    19 Cr. 631 (JPC)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about August 29, 2019, LAZARO FELIX ROSABAL FLEITAS (the "Defendant"), was charged in a one-count Indictment, 19 Cr. 631 (WHP) (the "Indictment"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Indictment and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Indictment;

WHEREAS, on or about January 24, 2020, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $150,750.00 in United States currency, representing property involved in the offense charged in Count One of the Indictment;

WHEREAS, on or about September 20, 2021, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture"), imposing a forfeiture money judgment against the Defendant in the amount of $150,750.00 in United States currency (the "Money Judgment") representing property involved in the offense charged in Count One of the Indictment and ordering the forfeiture of all of the Defendant's right, title and interest in various specific property (the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United State Marshals Service as the agency authorized to accept and deposit payments made towards the satisfaction of the Money Judgment into the Assets Forfeiture Fund;

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the proper agency, the United States Customs and Border Protection or its designee the Office of Fines, Penalties, and Forfeiture, and to direct they deposit payments into the Treasury Assets Forfeiture Fund; and

WHEREAS, the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

2. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture, is authorized to deposit the payments on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited

property. The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____         10/12/2021
HONORABLE JOHN P. CRONAN                   DATE
UNITED STATES DISTRICT JUDGE