11 BROADWAY, SUITE 715    NEW YORK, NEW YORK 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

November 29, 2021

The Hon. John P. Cronan
U.S. District Court Judge
Southern District of New York
VIA ECF

Re:   *U.S. v. Lazaro Rosabal Fleitas*, 19-cr-631

Dear Judge Cronan,

You recently sentenced my client to 30 months of imprisonment with a surrender date of November 29 (today). A few weeks ago, my client had still not received his designation (or his surrender location) from the Bureau of Prisons, so he asked his Pretrial Services/Probation officer in Florida to ask the appropriate channels about where he should surrender. (Please note that I have personally spoken with my client's supervising officer and verified this information). My client's officer, Jorge, was originally told a few weeks ago that the designation had not yet been determined but that it would be decided soon and that my client and his supervising officer would be informed of the decision. However, they received no updates (perhaps unsurprising given the holiday weekend). Jorge then called again today and was informed that Lazaro has been designated to Oakdale FCI in Louisiana and should surrender there. My client, of course, lives in Florida, which is why Your Honor recommended that he be designated to a facility in central Florida.

Given the logistics of surrendering in Louisiana and the lateness of BOP's designation, my client's supervising officer is requesting that the judgment be amended to give my client another two days to report to Oakdale FCI, to December 1. My client has been compliant with his supervision.

Sincerely,

_____/s/_____

Matthew Galluzzo, Esq.

CC:

AUSA Emily Johnson

AUSA Kiersten Fletcher

VIA ECF

This request is granted. Mr. Fleitas must surrender by December 1, 2021.

SO ORDERED.
Date: November 30, 2021
New York, New York

JOHN P. CRONAN
United States District Judge